UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-33774 |
|---|---|
| TONI E. RHODES | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4035530**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 17 | SPRINT NEXTEL<br>ATTN BANKRUPTCY DEPT<br>BOX 3326 6855 S DAYTON ST<br>DENVER, CO  80155 | 199.02 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/4/2010

Certificate of Service	08-33774

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

TONI E. RHODES
4152 IDLE HOUR CIRCLE
APT. G
DAYTON, OH 45415

G TIMOTHY DEARFIELD
2555 SOUTH DIXIE AVENUE
SUITE 201
KETTERING, OH 45409

(25.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA 23225

(23.1n)
HSBC AUTO FINANCE
BOX 829009
DALLAS, TX 75382

(26.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN 56302

(17.1)
SPRINT NEXTEL
ATTN BANKRUPTCY DEPT
BOX 3326 6855 S DAYTON ST
DENVER, CO 80155

(17.3)
SPRINT NEXTEL
ATTN BANKRUPTCY DEPT
BOX 7949
OVERLAND PARK, KS 66207

(30.1n)
WACHOVIA
ACS
BOX 22724
LONG BEACH, CA 90801

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                sv